No. 6,852. — UNION ACCEPTANCE CORPORATION, Respondent, *v.* F. E. HOTTENSTEIN, Defendant; MONTANA & DAKOTA GRAIN CO., Appellant.

Decided March 26, 1931.

PER CURIAM. — On motion of respondent praying dismissal of the appeal herein on the grounds that the order of

which appellant complains is not an appealable order, and that the appellant is not a party aggrieved within the meaning of section 9730, Revised Codes 1921, is sustained and the appeal ordered dismissed.

*Mr. Merle C. Groene,* for Respondent.

*Messrs. Ayers & Ayers,* for Appellant.